FILED

07/05/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0612

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 21-0612

Mark F. Higgins
MACo Defense Services
2717 Skyway Drive, Suite F
Helena, MT  59602-1213
Phone (406) 441-5471
Fax (406) 441-5497
mhiggins@mtcounties.org
*Attorneys for Defendant – Appellant*

| | |
|---|---|
| DALE YATSKO AND JANELLE YATSKO D/B/A GREEN CREEK DISPENSARY,<br><br>        Plaintiffs – Appellees,<br>  v.<br><br>CASCADE COUNTY, MONTANA,<br><br>        Defendant – Appellant. | **GRANT OF EXTENSION** |

Upon Review of Appellant's Unopposed Motion for Extension to File Appellant's Reply Brief and with good cause;

IT IS HEREBY ORDERED that Appellant's are granted an extension of time up to and including August 10, 2022 in which to file and serve its reply brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 5 2022